# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| Holly Park Townhome Association, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:21-cv-400 |
| Main Street America Assurance Company ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Main Street America Assurance Company .

Date:   08/03/2021

/s/ Rebecca R. Thornton
*Attorney's signature*

Rebecca R. Thornton NC Bar No. 40008
*Printed name and bar number*

Teague Campbell Dennis & Gorham, LLP
P.O. Box 19207
Raleigh, NC 27619-9207

*Address*

rthornton@teaguecampbell.com
*E-mail address*

(919) 873-0166
*Telephone number*

(919) 873-1814
*FAX number*